UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:   KELSI M HAYDEN | Case Number:   10-53320 |
| Debtor(s) | Chapter:   7 |

REQUEST FOR NOTICE PURSUANT TO
BANKRUPTCY RULE 2002(g)

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.
2. The address to which all such notices should be sent:

Name:    VATIV RECOVERY SOLUTIONS, LLC

Address:  As Agent for PALISADES COLLECTIONS LLC

PO Box 19249

City:  Sugar Land     State:  TX    Zip:  77496

Dated: 9/17/2010

By: *Thomas A. Neaves*
Thomas Neaves
General Manager
Vativ Recovery Solutions
A wholly owned Subsidiary of Palisades
Collection LLC/Asta Funding Acquisition
PO Box 19249
Sugar Land, TX  77496
Phone: 800-941-8632